UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES CASTON,<br><br>              Plaintiff,<br><br>     v.<br><br>ESHOO, et al,<br><br>              Defendant. | No. CV-06-358-FVS<br><br>ORDER OF DISMISSAL |

**On** May 31, 2007 this Court Ordered the parties to show cause why this matter should not be dismissed for failure to prosecute. A review of the file shows that there has been no response to the Court's Order to Show Cause. Now, therefore

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED:** The District Court Executive is hereby directed to enter this order, **close** this file and furnish copies to plaintiff.

**DATED** this ___21st___ day of June, 2007.

                                      s/ Fred Van Sickle
                                        Fred Van Sickle
                       Chief United States District Judge

ORDER OF DISMISSAL - 1